UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Angelo Ferguson,<br><br>    Plaintiff<br><br>v.<br><br>HDSP Medical Issues, et al.,<br><br>    Defendants | Case No.: 2:20-cv-02339-APG-VCF<br><br>**Order Denying Motion for Relief**<br><br>(ECF No. 17) |

      This action began when pro se plaintiff Angelo Ferguson filed a civil-rights complaint under 28 U.S.C. § 1983 to address constitutional violations he claims to have suffered while incarcerated at High Desert State Prison.[1]  Because Ferguson failed to submit an application to proceed in forma pauperis or pay the full $402 filing fee for a civil action, and his complaint was not signed, Magistrate Judge Ferenbach gave Ferguson until March 1, 2021, to correct both deficiencies.[2]  Although Ferguson filed a flurry of documents following that order, none corrected the identified deficiencies.[3]  So on March 15, 2021, I dismissed and closed this action based on Ferguson's failure to file a signed amended complaint and a fully complete application to proceed in forma pauperis or pay the filing fee.[4]

      Ferguson thereafter filed a motion with the court that is three pages long and without any punctuation; it contains a hodgepodge of references to statutes, rules, legislation, and case law

---

[1] ECF No. 1-1.

[2] ECF No. 3.

[3] *See* ECF Nos. 5, 9, 11, 12, 12-1, 12-2.

[4] ECF No. 13.

but no clear request for any relief.[5]  I construe the motion as seeking to set aside the dismissal order and reopen this case.  And I deny the motion because it does not explain why Ferguson failed to timely comply with Judge Ferenbach's order to file a signed amended complaint and either pay the filing fee or file a complete application to proceed in forma pauperis.  Ferguson has not demonstrated that the without-prejudice dismissal of his claims was the product of his excusable neglect or that good cause exists to set aside my dismissal order and reopen this case.

      For the foregoing reasons, I order that Ferguson's motion for relief (ECF No. 17), which I construe as a motion to reopen this case, is DENIED.  If Ferguson wants to pursue the claims that were at issue in this case, he must file a complaint in a **new action** and pay the required fee or file an application to proceed in forma pauperis.  **No other documents should be filed in this closed case.**

Dated: March 3, 2022

_____
U.S. District Judge

---

[5] ECF No. 17.